Dismissed and Memorandum Opinion filed August 20,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00096-CV

____________

 

IN THE INTEREST OF K.W.

 

 



 

On Appeal from the 309th District Court

Harris County, Texas

Trial Court Cause No. 2007-33940

 



 

M E M O R
A N D U M  O P I N I O N

This is an appeal from a judgment signed December 23, 2009. 
The clerk=s record was filed on February 27, 2009.  No reporter=s record was filed.  No brief was
filed.

On July 9, 2009, this Court issued an order stating that
unless appellant submitted her brief, together with a motion reasonably
explaining why the brief was late, on or before July 29, 2009, the Court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.

 








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices
Anderson, Guzman, and Boyce.